THE STATE OF OHIO, APPELLANT, *v.* TODA ET AL., APPELLEES.

[Cite as *State v. Toda* (1999), 84 Ohio St.3d 355.]

(No. 98–2046—Submitted December 1, 1998—Decided January 20, 1999.)

*Alan R. Mayberry,* Wood County Prosecuting Attorney, for appellant.

*Kathleen M. Culkowski,* Wood County Public Defender, for appellees.

The judgment of the court of appeals is reversed on the authority of *State v. Cook* (1998), 83 Ohio St.3d 404, 700 N.E.2d 570.

The cause is remanded to the trial court to conduct sexual predator classification hearings pursuant to R.C. 2950.09(C)(2).

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.